# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Karen Stublaski

                Plaintiff.                Civil 09-1635 (PAM/JJK)

v.

                                      **ORDER OF DISMISSAL**

Experian Information Solutions Inc.
et al.

                Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: September   27  , 2010

                                                *s/Paul A. Magnuson*
                                               Paul A. Magnuson, Judge
                                               United States District Court