UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 09-cv-1635 PAM/JJK

| | |
|---|---|
| Karen Stublaski,<br><br>　　　　　Plaintiff,<br>v.<br><br>Experian Information Solutions Inc.,<br><br>　　　　　Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS** |

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees against Defendant Experian Information Solutions, Inc.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

　　　　　　　　　　　　　　　BY THE COURT


Dated: November  29 , 2010　　　s/Paul A. Magnuson
　　　　　　　　　　　　　　　The Honorable Paul A. Magnuson
　　　　　　　　　　　　　　　Judge of United States District Court